UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
OKC ENTERPRISES, INC.,

                       Plaintiff,        **ORDER**

        -against-                   CV 07-4674 (TCP)(ARL)

TOWN OF BROOKHAVEN, OFFICE
OF THE BOARD OF ZONING APPEALS,

                       Defendant.
------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      The parties have submitted their proposed Joint Pretrial Order. After examination of the order, the court finds that it substantially complies with District Judge Platt's requirements.

      Accordingly, the Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and trial calendar of District Judge Platt.

Dated: Central Islip, New York          **SO ORDERED:**
       December 11, 2008

                                                        _____/s/_____
                                                       ARLENE R. LINDSAY
                                                       United States Magistrate Judge